# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SAL ALGIERI,**

                **Plaintiff,**

**-vs-**                                          **Case No. 6:08-cv-1585-Orl-31GJK**

**ANNE CONWAY,**

                **Defendant.**

_____

## ORDER

This matter comes before the Court *sua sponte*. The Plaintiff, Sal Algieri ("Algieri"), previously filed an essentially identical complaint against Judge Conway: *Algieri v. Conway*, Case Number 6:08-cv-1545-Orl-31GJK. The complaint in that case was dismissed for violations of the Federal Rules of Civil Procedure and a failure to pay the filing fee or seek leave to proceed *In Forma Pauperis*. Algieri cannot avoid the effects of that order by filing the same claims in a new case. Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED**. Any further efforts to avoid the effects of previous orders by refiling old lawsuits will result in sanctions, including but not limited to monetary sanctions.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 19, 2008.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party